**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

**CASE NO.:  3:26-cv-00869**

BRITTANY WRIGHT,

                      Plaintiff,

v.

KENSINGTON DIGITAL MEDIA OF
INDIANA, L.L.C.,

                      Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff BRITTANY WRIGHT by and through her undersigned counsel, brings this Complaint against Defendant KENSINGTON DIGITAL MEDIA OF INDIANA, L.L.C. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's original copyrighted Work of authorship.

2. Wright is a photographer and stylist who sees food as an art and an opportunity to do something creative. With a background in technology, she has combined her passions for both tech and food into running the Instagram account @wrightkitchen. Her art focuses on food culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright has 214,000 followers on her Instagram account and has been featured on Oprah.com, Today.com, BusinessInsider.com and many more other press outlets.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

3.      Defendant KENSINGTON DIGITAL MEDIA OF INDIANA, L.L.C. ("Kensington") is a locally focused radio broadcasting and marketing company operating multiple stations in Indiana..   At all times relevant herein, Kensington owned and operated the internet website located at the URL https://www.facebook.com/wrswfm/ (the "Kensington Facebook Page").

4.      Wright alleges that Kensington copied Wright's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Kensington committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Kensington's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Kensington is subject to personal jurisdiction in Indiana.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Kensington engaged in infringement in this district, Kensington resides in this district, and Kensington is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Kensington Digital Media of Indiana, L.L.C. is an Indiana Limited Liability Company, with its principal place of business at 216 West Market Street, Warsaw, IN, 46580, and can be served by serving its Registered Agent, United States Corporation Agents, Inc., 8520 Allison Pointe Blvd., Ste. 220, Indianapolis, IN, 46250.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2017, Wright created the photograph entitled "Banana Gradient," which is shown below and referred to herein as the "Work."



11.     Wright registered the Work with the Register of Copyrights on January 23, 2018, and was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Wright was the owner of the copyrighted Work.

## INFRINGEMENT BY KENSINGTON

13.    Kensington has never been licensed to use the Work for any purpose.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Kensington copied the Work.

15. On or about April 22, 2025, Wright discovered the unauthorized use of her Work on the Website.

16. Kensington copied Wright's copyrighted Work without Wright's permission.

17. After Kensington copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its local radio broadcasting business.

18. Kensington copied and distributed Wright's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Kensington committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Wright never gave Kensington permission or authority to copy, distribute or display the Work for any purpose.

21. Wright notified Kensington of the allegations set forth herein on July 22, 2025, and August 08, 2025. To date, the parties have failed to resolve this matter and Kensington has not responded to Wright's letters.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Wright incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Wright owns a valid copyright in the Work.

4

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

24.     Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.     Kensington copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

26.     Kensington performed the acts alleged in the course and scope of its business activities.

27.     Defendant's acts were willful.

28.     Wright has been damaged.

29.     The harm caused to Wright has been irreparable.

WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendant KENSINGTON DIGITAL MEDIA OF INDIANA, L.L.C. that:

a.     Kensington and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Kensington be required to pay Wright her actual damages and Defendant's profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Wright be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Wright be awarded pre- and post-judgment interest; and

e.     Wright be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

Dated: June 15, 2026                    Respectfully submitted,


                                        /s/  J. Campbell Miller
                                        J. CAMPBELL MILLER
                                        Indiana Bar Number: 38279-49
                                        campbell.miller@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        742 South Rangeline Road
                                        Carmel, Indiana 46032
                                        332.600.5599 – Telephone
                                        561.404.4353 – Facsimile

                                        *Counsel for Plaintiff Brittany Wright*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE